

Milana Dostanitch - Associate

420 Lexington Avenue, Suite 1830
New York, New York 10170
Main:  212.392.4772
Direct:  212.764.5828
Fax:  212.444.1030
milana@lipskylowe.com

www.lipskylowe.com

February 12, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/12/2021

<u>VIA ECF</u>
The Honorable Mary Kay Vyskocil, U.S.D.J.
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>Rosado v. The French Paradox Inc.</u>, *et al.*, 1:20-cv-7788 (MKV)

Dear Judge Vyskocil:

This firm represents the Plaintiff. We write jointly with Defendants' counsel to respectfully request that Defendants' deadline to file their opposition to Plaintiff's Motion to Conditionally Certify the Collective Action and for a Court-Authorized Notice Under 29 U.S.C. § 216 (B) of the Fair Labor Standards Act ("Motion") (Dkt. 21-21) be extended from February 16, 2021 to February 23, 2021.

The reason for this request is that, due to an administrative error, Plaintiff failed to file her declaration in support of the Motion on February 1, 2021. Accordingly, Defendants' counsel has consented to the late filing of the declaration on the condition that the Court extends their opposition deadline by one week. The parties, therefore, respectfully seek to extend Defendants' opposition deadline from February 16 to February 23. If granted, Plaintiff's reply brief would be due on March 2.

This is the parties' first request for an extension of this deadline. This request does not affect any other scheduled deadlines, besides the deadline for Plaintiff's reply brief.

We thank the Court for its time and attention to this matter.

Respectfully submitted,
LIPSKY LOWE LLP

s/ Milana Dostanitch
Milana Dostanitch

The Court GRANTS Plaintiff leave to file the declaration referenced herein and GRANTS the request to extend the briefing schedule.  Defendants shall file their opposition on or before February 23, 2021, and Plaintiff shall file her reply on or before March 2, 2021.
SO ORDERED.

Date: 2/12/2021
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge