USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/26/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIANA M. ROSADO, individually and on behalf of all other persons similarly situated,

Plaintiff,

-against-

THE FRENCH PARADOX INC., d/b/a OCabanon, ARMEL JOLY, jointly and severally, and ALEXANDRE MUR, jointly and severally,

Defendants.

1:20-cv-07788-MKV

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of a notice from the mediator informing the Court that the parties have reached a settlement in principle on all issues [ECF No. 29]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **March 28, 2021**. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

**Date: February 26, 2021**
**New York, NY**

Mary Kay Vyskocil

**MARY KAY VYSKOCIL**
**United States District Judge**