

Douglas B. Lipsky - Partner

630 Third Avenue, Fifth Floor
New York, New York 10017
Main:  212.392.4772
Direct:  212.444.1024
Fax:  212.444.1030
doug@lipskylowe.com

www.lipskylowe.com

March 24, 2021

VIA ECF
The Honorable Mary Kay Vyskocil, U.S.D.J.
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    <u>Rosado v. The French Paradox Inc.</u>, *et al*., 1:20-cv-7788 (MKV)

Dear Judge Vyskocil:

    We represent the Plaintiff in this Fair Labor Standards Act and New York Labor Law matter. We submit this letter on behalf of all parties, pursuant to the Court's February 26, 2021 Order (Dkt. 30), to advise the Court that parties intend to submit the settlement agreement for the Court's approval under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015) within 30 days. The parties accordingly respectfully request that the March 28, 2021 deadline to restore the action to the calendar is extended to April 27, 2021.

    We appreciate the Court's consideration of this request.

                                   Respectfully submitted,
                                     LIPSKY LOWE LLP


                                 <u>s/ Douglas B. Lipsky</u>
                                 Douglas B. Lipsky

CC:    Counsel of Record (Via ECF)