UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIANA M. ROSADO, Individually and on behalf of all other persons similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE FRENCH PARADOX INC. d/b/a OCabanon, ARMEL JOLY and ALEXANDRE MUR, Jointly and Severally,<br><br>　　　　　Defendants. | ECF CASE<br><br>No.: 1: :20-cv-07788-MKV |

NOTICE OF THE PARTIES' MOTION FOR APPROVAL OF THE FAIR LABOR STANDARDS ACT SETTLEMENT AGREEMENT

　　　　PLEASE TAKE NOTICE that, upon the memorandum of law and accompanying declaration, the Parties respectfully move the Court for an Order approving the settlement agreement in this Fair Labor Standards Act matter.

Dated:　New York, New York
　　　　April 9, 2020

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　　LIPSKY LOWE LLP

　　　　　　　　　　　　　　　　　　　　　s/ Douglas B. Lipsky
　　　　　　　　　　　　　　　　　　　　　Douglas B. Lipsky
　　　　　　　　　　　　　　　　　　　　　420 Lexington Avenue, Suite 1830
　　　　　　　　　　　　　　　　　　　　　New York, New York 10170
　　　　　　　　　　　　　　　　　　　　　212.392.4772
　　　　　　　　　　　　　　　　　　　　　doug@lipskylowe.com
　　　　　　　　　　　　　　　　　　　　　*Plaintiff's Counsel*