```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/26/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIANA M. ROSADO, individually and on behalf of all other persons similarly situated,

                 Plaintiff,

-against-

THE FRENCH PARADOX INC., d/b/a OCabanon, ARMEL JOLY, jointly and severally, and ALEXANDRE MUR, jointly and severally,

                 Defendants.

1:20-cv-07788-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

On April 9, 2021, Plaintiff in this Fair Labor Standards Act ("FLSA") case filed a fully executed proposed settlement agreement and motion seeking judicial approval of the settlement. [ECF Nos. 33–35.]  The Court directed the parties to submit a revised settlement agreement to remove all references to the Court retaining jurisdiction over the agreement.  On April 26, 2021, Plaintiff filed a revised fully executed proposed settlement agreement.  [ECF No. 36.]

The Court has reviewed Plaintiff's submissions for fairness in accordance with the FLSA and Second Circuit law, *see, e.g.*, *Cheeks v. Freeport Pancake House*, 796 F.3d 199 (2d Cir. 2015), and has concluded that the terms of the settlement agreement are fair and reasonable.  It should be noted, however, that the Court is not opining specifically on the reasonableness of the rates charged by Plaintiff's attorney.

Accordingly, the settlement agreement as amended [ECF No. 36] is approved, and the Court ORDERS that the case be dismissed with prejudice.  The Clerk of Court is directed to terminate all pending motions, adjourn any remaining dates, and close this case.

**SO ORDERED.**

**Date:  April 26, 2021**
**        New York, NY**

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**